**Not for Publication in West's Federal Reporter
Citation Limited Pursuant to 1st Cir. Loc. R. 32.3**

# United States Court of Appeals

## For the First Circuit

No. 04-1961

SAMUEL JONES,

Plaintiff, Appellant,

v.

BOSTON HOUSING AUTHORITY, ET AL.,

Defendants, Appellees.

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Reginald C. Lindsay, U.S. District Judge]

Before

Selya, Lynch and Lipez,
Circuit Judges.

Samuel Jones on brief pro se.
Jay S. Koplove on brief for appellee, Boston Housing
Authority.

January 31, 2005

**Per Curiam**.  After allowing this pro se appellant to proceed in forma pauperis and giving him an opportunity to be heard, the district court dismissed the complaint, which sought to reopen a different litigation.  28 U.S.C. § 1915(e)(2)(B)(ii) (allowing district court to dismiss an in forma pauperis complaint failing to state a claim "at any time).  After careful review of the record and appellate briefs, we affirm, essentially for the reasons given by the court in its orders dated November 28, 2003 and June 18, 2004.

Affirmed.